ORIGINAL

JUDGE BRODERICK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :     **INFORMATION**
        - v. -                      :
                                    :
OVIDIU BANGAU,                      :     18 Cr. ____ (VSB)
    a/k/a "Piet Hoek,"              :
                                    :     **18 CRIM 065**
             Defendant.             :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 24 2018

**COUNT ONE**
**(Access Device Fraud)**

The United States Attorney charges:

1.   In or about November 2016, in the Southern District of New York and elsewhere, OVIDIU BANGAU, a/k/a "Piet Hoek," the defendant, and others known and unknown, knowingly and with intent to defraud did traffic in and use unauthorized access devices and by such conduct did obtain something of value aggregating $1,000 and more, to wit, BANGAU used credit cards obtained by fraudulent means to unlawfully obtain over $3,000.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

**FORFEITURE ALLEGATION**

2.   As a result of committing the offense alleged in Count One of this Information, OVIDIU BANGAU, a/k/a "Piet Hoek," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), any and all property constituting or derived from, proceeds

obtained directly or indirectly, as a result of the commission of said offense, and any and all personal property used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained

## Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), and Title 21, United States

Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

>(Title 18, United States Code, Section 982;
>Title 21, United States Code, Section 853.)

*[Signature: Geoffrey S. Berman]*
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**OVIDIU BANGAU,**
a/k/a "Piet Hoek,"

                              **Defendant.**

**INFORMATION**

18 Cr. ____ (VSB)

(18 U.S.C. §§ 1029(a)(2) and 2.)


GEOFFREY S. BERMAN
United States Attorney